UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-10026-CR-MOORE

UNITED STATES OF AMERICA,

vs.

MISTY MARIE HOWARD,

      Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Superseding Petition For Offender Under Supervision (ECF No. 84), which was referred to United States Magistrate Judge, Lurana S. Snow, for Report and Recommendation (ECF No. 87). A hearing was conducted by the undersigned on December 16, 2022. At that hearing, the Defendant announced that she admitted to the violations numbered 2-9 in the Superseding Petition, and the Government announced that it would dismiss the violations numbered 1, 10 and 11 at the final hearing. Therefore, being duly advised, it is hereby

RECOMMENDED that the the Defendant be adjudged guilty of the violations numbered 2-9 in the Superseding Petition for Offender Under Supervision (ECF No. 84) and that the matter be scheduled for final dispostion.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable K. Michael Moore, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from

attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice. <u>See</u> 28 U.S.C. § 636(b)(1); <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985); <u>Henley v. Johnson</u>, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1..

DONE AND SUBMITTED at Key West, Florida, this _16th_ day of December, 2022.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

U.S. Probation (KW)

All counsel of record